■ In the Matter of WILLIAM SLATER, Appellant, v. F. CHESTER BROWN et al., Constituting the Board of Appeals of the Village of Babylon, et al., Respondents.— Judgment of the Supreme Court, Suffolk County, entered November 28, 1972, affirmed and order of the same court, entered February 9, 1973, affirmed insofar as, upon reargument, it adhered to the original determination (see CPLR 5517, subd. [b]), with one bill of $20 costs and disbursements to respondents. No opinion. Martuscello, Acting P. J., Latham, Gulotta, Brennan and Benjamin, JJ., concur.